UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JEAN MILLER,

    Plaintiff,

vs.

MORTGAGE ELECTRONIC SYSTEMS, INC., *et al.*,

    Defendants.

2:11-cv-00987-GMN-CWH

ORDER

    This matter is before the Court on Plaintiff's Proposed Discovery Plan (#31). The Court has reviewed the proposal and finds that it is premature. A discovery plan should not be submitted until after the parties have held a Rule 26(f) conference - which has not happened here. *See* Local Rule 26-1(d). Plaintiff's proposed plan also fails to identify any of the discovery deadlines identified in Local Rule 26-1(e). Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Proposed Discovery Plan (#31) is **denied**.

    DATED this 29th day of August, 2011.

                                                   C.W. Hoffman, Jr.
                                               United States Magistrate Judge