UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| JEAN MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-00987-GMN-CWH |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MORTGAGE ELECTRONIC SYSTEMS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendants' Motion to Strike Plaintiff's Notice of Default for Failure to Respond and Validate Debt (#46), filed October 14, 2011. No opposition was filed. Pursuant to Local Rule 7-2(d), "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Accordingly, Defendants' motion will be granted and Plaintiff's notice (#43) shall be stricken from the record.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendants' Motion to Strike Plaintiff's Notice of Default for Failure to Respond and Validate Debt (#46) is **granted**. The Clerk of Court is instructed to **strike** Plaintiff's Notice of Default for Failure to Respond and Validate Debt (#43).

DATED this 14th day of November, 2011.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge